# ALEXANDER J. HOUTHUIJZEN
## ATTORNEY-AT-LAW PLLC
### 917 FRANKLIN ST. SUITE 230
### HOUSTON, TEXAS 77002
### P: (713) 600-9902
### F: (832) 565-9003
### ALEX@ALEXTHEDEFENDER.COM

**October 26, 2021**

**By ECF**
The Honorable Judge Castel
United States District Judge
Southern District of Texas
500 Pearl Street
New York, New York, 10007

Re: United States v. Guillermo Perez, 19-cr-781

Dear Judge Castel,

On or about October 26, 2021, defense counsel and the government spoke on the phone about pre-trial disposition and about a possible extension of the pre-trial conference set for October 28, 2021. Both the defense and the government agree that a 30-day extension would allow defense counsel and the government an opportunity to complete pre-trial discussions about the final disposition of this case. Therefore, please allow this letter to serve as a request for the conference set for October 28, 2021 be adjourned for a month.

The defense further requests, with the consent of the Government, that the Court exclude time between today and the date the Court schedules the pre-trial conference pursuant to 18 U.S.C. § 3161(h)(7). The Defense and the government submit that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

/s/ Alexander J. Houthuijzen

Alexander J. Houthuijzen

Upon the application of defense counsel, consented to by the government, the conference originally scheduled for October 28, 2021 is adjourned to December 6, 2021 at 12:00 p.m. and will proceed by videoconference. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is necessary to parties to complete pre-trial discussions about the final disposition of this case.  Accordingly, the time between today and December 6, 2021 is excluded.
 SO ORDERED.

P. Kevin Castel
United States District Judge

10/27/2021