# ALEXANDER J. HOUTHUIJZEN
## ATTORNEY-AT-LAW PLLC
917 FRANKLIN ST. SUITE 230
HOUSTON, TEXAS 77002
P: (713) 600-9902
F: (832) 565-9003
ALEX@ALEXTHEDEFENDER.COM

November 30, 2021

**By ECF**
The Honorable Judge Castel
United States District Judge
Southern District of Texas
500 Pearl Street
New York, New York, 10007

Re: United States v. Guillermo Perez, 19-cr-781

Dear Judge Castel,

On or about November 29, defense counsel and the government spoke via email about pre-trial disposition and about a possible extension of the pre-trial conference set for December 6, 2021 at 12 ET. Both the defense and the government agree that a 30-day extension would allow defense counsel and the government an opportunity to complete pre-trial discussions about the final disposition of this case. Therefore, please allow this letter to serve as a request for the conference set for December 6, 2021 be adjourned for a month.

---

*[Handwritten annotation by Judge:]* The December 6 conference is adjourned to January 13 at 11am. The need for a continuance outweighs the best interest of the public and defendant in a speedy trial. The reason is because the time is need to permit a pre-trial resolution. Time is excluded under the STA until Jan 13, 2022. SO ORDERED. /s/ USDJ 12-1-21

The defense further requests, with the consent of the Government, that the Court exclude time between today and the date the Court schedules the pre-trial conference pursuant to 18 U.S.C. § 3161(h)(7). The Defense and the government submit that the ends of justice served by the exclusion outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

/s/ Alexander J. Houthuijzen

Alexander J. Houthuijzen