UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA,                    ORDER
                                :
     -v-                                     19 Cr. 781 (PKC)
                                :
GUILLERMO PEREZ,
                                :
        Defendant.
----------------------------------------------X

CASTEL, U.S.D.J.

      The video conference previously scheduled for January 13, 2022 is moved up to January 12, 2022 at 4:00 p.m.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        December 9, 2021