ALEXANDER J. HOUTHUIJZEN
ATTORNEY-AT-LAW PLLC
917 FRANKLIN ST. 230
HOUSTON, TEXAS 77002
P: (713) 600-9902
F: (832) 565-9003
ALEX@ALEXTHEDEFENDER.COM

Application GRANTED.

SO ORDERED.
Dated: 12/21/23

_____
P. Kevin Castel
United States District Judge

December 21, 2023

Honorable Judge Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: United States v. Guillermo Perez, 19-cr-781

Dear Judge Castel,

  I write to the Court to request an extension on behalf of Mr. Perez to respond and/or possibly make objections to the PSR report that was released this morning on December 21, 2023. Undersigned counsel has bought and paid for a vacation out of the country from December 25 through December 31. Counsel will need additional time to see that he provides close assistance of counsel to the Defendant. Counsel for the Defendant, Guillermo Perez, has conferred with the government about this extension. AUSA Emily Deininger consents to this two-week extension request.

  We request that this Court grant a two-week extension from January 4, 2024 until January 18, 2024 for undersigned counsel to respond and/or possibly make objections to the PSR report that was released on December 21, 2023.

        Respectfully Submitted,

        */s/Alexander Houthuijzen*
        Alexander Houthuijzen