> Sentencing is adjourned from February 22, 2024 to March 19, 2024 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 1/12/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**ALEXANDER J. HOUTHUIJZEN**
**ATTORNEY-AT-LAW PLLC**
917 FRANKLIN ST. 230
HOUSTON, TEXAS 77002
P: (713) 600-9902
F: (832) 565-9003
ALEX@ALEXTHEDEFENDER.COM

January 12, 2024

Honorable Judge Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Guillermo Perez, 19-cr-781

Dear Judge Castel,

    I write to the Court to request an adjournment of the sentencing date for Mr. Guillermo Perez from February 22, 2024 until the week of March 11-15. Counsel for the Defendant is set for trial on February 20, 2024 in the Southern District of Texas, Galveston Division, in a drug case involving over 25+ defendants which is complex in nature. Counsel for Mr. Perez is also set for trial on March 1, 2024 for two separate defendants in state court in Harris County. Obviously, both cases won't proceed to trial at the same time, but counsel for Mr. Perez will otherwise be engaged until the week of March 11-15 and respectfully requests that this Court adjourn Mr. Perez's sentencing date until that week.

    Counsel for Mr. Perez has spoken to the government about this request and the government has no objection to moving Mr. Perez's sentencing date until the week of March 11-15.

                                             Respectfully Submitted,

                                             */s/Alexander Houthuijzen*
                                             Alexander Houthuijzen